# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 1, 2010

No. 10-30351
Summary Calendar

Lyle W. Cayce
Clerk

CLARENCE T. NALLS, JR.,

Plaintiff - Appellant

v.

CHARLES B. PLATTSMIERE, in his individual capacity as Chief
Disciplinary Counsel for the Louisiana Disciplinary Board; RODNEY
HASTINGS, in his individual capacity as Deputy Disciplinary Counsel for the
Louisiana Disciplinary Board; BILLY PESNELL, in his individual capacity as
Chairman of the Louisiana Disciplinary Board,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-450

Before REAVLEY, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The request to recuse is rejected. No conflict of interest exists and appellant complains only of action consistent with the judicial duties of this court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-30351
Summary Calendar

Appellant has failed to state a viable complaint. His problem is only with the exercise of the disciplinary responsibility of the defendants. As the district court has correctly explained, absolute prosecutorial and judicial immunity bar this action.

AFFIRMED.